IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOLDEN EMPIRE MEDICAL TRANSPORTATION, a subsidiary of KERN COUNTY TRANSPORTATION SERVICES, INC., a California Corporation; and PHILIP B. BRADFORD, an individual,<br><br>        Plaintiffs,<br><br>    v.<br><br>THE COUNTY OF KERN and RUSSELL BLIND,<br><br>        Defendants. | 1:01-cv-05194 REC TAG<br><br>ORDER SETTING STATUS CONFERENCE |

On December 29, 2005, and on motion of the attorneys of record for Plaintiff Golden Empire Medical Transportation (Docs. 113 and 115), this Court issued an order relieving Thomas Anton & Associates and Rockie D. Ritchie as counsel of record for Golden Empire. (Doc. 120). The Court did not relieve Thomas Anton & Associates and Rockie D. Ritchie as counsel of record for plaintiff Philip B. Bradford.

On February 1, 2006, the attorneys of record for Plaintiff Philip B. Bradford - Thomas Anton & Associates and Rockie D. Ritchie - have now moved to be relieved as counsel of record for the sole remaining plaintiff, Philip B. Bradford. (Doc. 123).

The Court notes that, other than these motions to withdraw and the vacating of hearings - it appears there has been no activity in this case for almost two years.

1

1       Accordingly, it is hereby ORDERED that a Status Conference be held in this case on March 7, 2006 at 9:30 a.m. in the United States District Court, Bankruptcy Courtroom at 1300 18th Street, Bakersfield, CA, 93301.  At that Status Conference, counsel for plaintiff Philip B. Bradford shall be prepared to: (1) address their motion to withdraw as attorney of record for plaintiff Philip B. Bradford (Doc. 123), (2) inform the Court of all information in their possession as to the addresses of plaintiffs Philip B. Bradford and Golden Empire Medical Transportation, and (3) inform the Court of the procedural status of this case.  All counsel for plaintiff shall appear in person at this Status Conference.

IT IS SO ORDERED.

Dated:    **February 3, 2006**                                       **/s/ Theresa A. Goldner**
**j6eb3d**                                                        UNITED STATES MAGISTRATE JUDGE