IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOLDEN EMPIRE MEDICAL TRANSPORTATION, et al., ) ) )        Plaintiff, ) ) vs. ) ) COUNTY OF KERN, et al., ) )        Defendant. ) ) ) | No. CV-F-01-5194 OWW/TAG ORDER ADOPTING RECOMMENDATION TO DISMISS ACTION WITHOUT PREJUDICE FOR FAILURE TO COMPLY WITH COURT ORDER AND FAILURE TO PROSECUTE (Doc. 133), DISMISSING ACTION WITHOUT PREJUDICE, AND DIRECTING CLERK TO ENTER JUDGMENT FOR DEFENDANTS |

   On May 3, 2006, the United States Magistrate Judge recommended that this action be dismissed because of the corporate plaintiff's failure to retain an attorney and plaintiffs' failure to respond to the Order to Show Cause why this action should not be dismissed for failure to prosecute as ordered by the Magistrate Judge.

   No objections to the recommendation have been filed.  The recommendation is supported by the record and appropriate law

1

1  and, therefore, is adopted.
2       ACCORDINGLY:
3       1.  The Findings and Recommendation filed on May 3, 2006
4  (Doc. 133) is adopted;
5       2.  This action is dismissed without prejudice; and
6       3.  The Clerk of the Court is directed to enter judgment for
7  defendants.
8       Dated: ___6/13_____, 2006
9                                    _/s/Oliver W. Wanger
                                         OLIVER W. WANGER
10                                   UNITED STATES DISTRICT JUDGE

2